IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM A. YOUNG, H-72830, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> STUART SHERMAN, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 16-2301 CRB (PR) <br><br> ORDER OF DISMISSAL |

       Petitioner, a state prisoner at the California Substance Abuse Treatment Facility and State Prison, Corcoran, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a 1993 sentence from the Contra Costa County Superior Court. His first petition was dismissed as untimely. See Muszynski v. Small, No. C 08-4244 CRB (PR) (N.D. Cal. Dec. 8, 2009) (order granting motion to dismiss petition as untimely under 28 U.S.C. § 2244(d)), aff'd, 225 F.3d 666 (9th Cir. 2000) (table; unpublished disposition).

       A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A); see also McNabb v. Yates, 576 F.3d 1028, 1029 (9th Cir. 2009) (§ 2244(b) applies where first petition was dismissed as untimely because such dismissal constitutes disposition on merits). Petitioner has not obtained such an order from the Ninth Circuit. The instant petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

Based solely on petitioner's affidavit of poverty, his request to proceed in forma pauperis is granted.

The clerk shall terminate all pending motions as moot and close the file.

SO ORDERED.

DATED:  May 2, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.16\Young, A.16-2301.dismissal.wpd